No. 171. JOAB H. BANTON, DISTRICT ATTORNEY, ETC. *v.* EDWARD M. FULLER ET AL. Appeal from the District Court of the United States for the Southern District of New York. Submitted January 14, 1924. Decided January 21, 1924. *Per Curiam.* Judgment reversed with costs; and cause remanded to the said District Court to be dealt with in the legal discretion of the court. *Dier* v. *Banton,* 262 U. S. 147, 151; *Ex parte Fuller,* 262 U. S. 91. *Mr. John Caldwell Myers* for appellant. *Mr. Arthur Garfield Hays* appeared for appellees.

---

No. 147. JOAB H. BANTON, DISTRICT ATTORNEY, ETC. *v.* SAMUEL RUSKAY ET AL., ETC. Appeal from the District Court of the United States for the Southern District of New York. Submitted January 16, 1924. Decided January 21, 1924. *Per Curiam.* Decree reversed; and cause remanded to the said District Court to be dealt with in the legal discretion of the court. *Dier* v. *Banton,* 262 U. S. 147, 151; *Ex parte Fuller,* 262 U. S. 91. *Mr. John Caldwell Myers* for appellant. *Mr. Harry J. Gerrity* for appellees.